# EXHIBIT A

STATE OF ALABAMA
COUNTY OF MADISON

THIS INSTRUMENT HAS BEEN PREPARED BY: Emily Cook, Managing Partner, HICO Utility Company, LLC, P.O. Box 156 Meridianville, AL 35759, 256-693-1706

Pursuant to an in accordance with Section 40-22-1 of the Code of Alabama (1975), the following information is offered in lieu of submitting Form RT-1:

Grantor's Name and Address: Pegrum Creek, LLC; 188 Tanner Rd., New Market, AL 35761-9781
Grantee's Name and Address: HICO Utility Company, LLC; P.O. Box 156 Meridianville, AL 35759

Property Address: 0 Walker Lane, New Market, AL 35761 (Parcel ID# 03-08-28-0-000-046.000)
Purchase Price: $1,000.00

THIS INSTRUMENT HAS BEEN PREPARED IN ACCORDANCE WITH INFORMATION SUPPLIED BY THE PARTIES HERETO. NO TITLE EXAMINATION AND/OR OPINION WAS REQUESTED BY EITHER GRANTOR OR GRANTEE, AND NONE WAS CONDUCTED AND/OR RENDERED.

cellaneous Book 2024 Page 4009
ison County, Alabama
ik Barger, PROBATE JUDGE
orded: 10/24/2024 2:36:34 PM
1: 780419
.25

## Sewer Service Agreement

**THIS SEWER SERVICE AGREEMENT** ("Agreement") is binding between HICO UTILITY COMPANY, LLC, an Alabama Limited Liability Company ("The Company") and ~~HOME SITES, INC~~ Pegrum Creek, LLC ("Owners") and placed into effect on May 4, 2022, ("Effective Date") and is concerning 96.00 acres of land identified as Madison County, Alabama Parcel ID 03-08-28-0-000-046.000. ("The Property"). It encompasses and is binding between The Company and/or any future owners of The Company, its assigns and successors and the Owners, and/or any future owners of The Property.

**WEREAS**, the Owners wish to develop the property for commercial and/or residential use

**WEREAS**, The Company owns, operates, and maintains the wastewater treatment plant together with the supporting collection lines (collectively the "Sewer System") and holds the National Pollution Discharge Elimination System (NPDES) permit required to treat domestic wastewater under Alabama Department of Environmental Management rules and regulations.

**NOW THEREFORE**, in consideration of the established premises, both parties do agree to the following:

I. The Owner shall grant sole rights to The Company for treatment of wastewater generating from The Property as a result of any and all residential and/or commercial development. The Owner does hereby guarantee that no on-site sewer treatment will be available inside the property boundary.

II. The Owner shall provide a perpetual easement on and through The Property to The Company for which mainline structures shall be placed. The Owner shall forfeit all rights to infrastructure inside said easements. All private sewer easements will be dedicated to The Company upon final platting of the developed Property.

III. The Owner or future developer of property shall be financially responsible for infrastructure to the point of connection with The Company mainline.

IV. The Owner does hereby agree to the terms and conditions for sewer service as required by The Company at the time of Property development and does so pledge to sign an agreement containing The Company's covenants for use by developers of Property, builders of Property and customers of Property.

This Agreement shall be binding upon all parties, their assigns, and successors in interest. This Agreement shall be construed as a covenant running with the land and shall be in effect unless the Sewer System shall have been transferred to and the maintenance thereof assumed by some governmental agency or public authority. In the event of such transfer, this Agreement will terminate.

Enforcement of this Agreement shall be by The Company by proceedings at law or in equity against any persons violating or attempting to violate this Agreement either to retain violation or to recover loss of revenue by violator. In the event of enforcement by The Company, The Company shall be entitled to recover its cost and expense, including reasonable attorney's fees against the violator.

_(signature)_  
William Taylor, authorized agent for ~~HOME SITES, INC~~ Pegrum Creek, LLC

_(signature)_  
Emily Cook, Managing Partner, HICO Utility Company, LLC

Miscellaneous Book 2024 Page 4010
Madison County, Alabama

STATE OF ALABAMA
COUNTY OF MADISON

THIS INSTRUMENT HAS BEEN PREPARED BY: Emily Cook, Managing Partner, HICO Utility Company, LLC, P.O. Box 156 Meridianville, AL 35759, 256-693-1706

Pursuant to an in accordance with Section 40-22-1 of the Code of Alabama (1975), the following information is offered in lieu of submitting Form RT-1:

Grantor's Name and Address: Pegrum Creek, LLC; 188 Tanner Rd., New Market, AL 35761-9781
Grantee's Name and Address: HICO Utility Company, LLC; P.O. Box 156 Meridianville, AL 35759

Property Address: 0 Walker Lane, New Market, AL 35761 (Parcel ID# 03-08-33-0-000-007.000)
Purchase Price: $1,000.00

THIS INSTRUMENT HAS BEEN PREPARED IN ACCORDANCE WITH INFORMATION SUPPLIED BY THE PARTIES HERETO. NO TITLE EXAMINATION AND/OR OPINION WAS REQUESTED BY EITHER GRANTOR OR GRANTEE, AND NONE WAS CONDUCTED AND/OR RENDERED.

cellaneous Book 2024 Page 4011
ison County, Alabama
nk Barger, PROBATE JUDGE
orded: 10/24/2024 2:36:34 PM
n: 780419
.25

Sewer Service Agreement

**THIS SEWER SERVICE AGREEMENT** ("Agreement") is binding between HICO UTILITY COMPANY, LLC, an Alabama Limited Liability Company ("The Company") and PEGRUM CREEK, LLC, ("Owners") and placed into effect on May 4, 2022, ("Effective Date") and is concerning 37.00 acres of land identified as Madison County, Alabama Parcel ID 03-08-33-0-000-007.000 . ("The Property"). It encompasses and is binding between The Company and/or any future owners of The Company, its assigns and successors and the Owners, and/or any future owners of The Property.

**WEREAS**, the Owners wish to develop the property for commercial and/or residential use

**WEREAS**, The Company owns, operates, and maintains the wastewater treatment plant together with the supporting collection lines (collectively the "Sewer System") and holds the National Pollution Discharge Elimination System (NPDES) permit required to treat domestic wastewater under Alabama Department of Environmental Management rules and regulations.

**NOW THEREFORE**, in consideration of the established premises, both parties do agree to the following:

I. The Owner shall grant sole rights to The Company for treatment of wastewater generating from The Property as a result of any and all residential and/or commercial development. The Owner does hereby guarantee that no on-site sewer treatment will be available inside the property boundary.
II. The Owner shall provide a perpetual easement on and through The Property to The Company for which mainline structures shall be placed. The Owner shall forfeit all rights to infrastructure inside said easements. All private sewer easements will be dedicated to The Company upon final platting of the developed Property.
III. The Owner or future developer of property shall be financially responsible for infrastructure to the point of connection with The Company mainline.
IV. The Owner does hereby agree to the terms and conditions for sewer service as required by The Company at the time of Property development and does so pledge to sign an agreement containing The Company's covenants for use by developers of Property, builders of Property and customers of Property.

This Agreement shall be binding upon all parties, their assigns, and successors in interest. This Agreement shall be construed as a covenant running with the land and shall be in effect unless the Sewer System shall have been transferred to and the maintenance thereof assumed by some governmental agency or public authority. In the event of such transfer, this Agreement will terminate.

Enforcement of this Agreement shall be by The Company by proceedings at law or in equity against any persons violating or attempting to violate this Agreement either to retain violation or to recover loss of revenue by violator. In the event of enforcement by The Company, The Company shall be entitled to recover its cost and expense, including reasonable attorney's fees against the violator.

_William Taylor_
William Taylor, authorized agent for PEGRUM CREEK, LLC

_Emily Cook_
Emily Cook, Managing Partner, HICO Utility Company, LLC

ellaneous Book 2024 Page 4012
ison County, Alabama

# EXHIBIT A

STATE OF ALABAMA
COUNTY OF MADISON

THIS INSTRUMENT HAS BEEN PREPARED BY: Emily Cook, Managing Partner, HICO Utility Company, LLC, P.O. Box 156 Meridianville, AL 35759, 256-693-1706

Pursuant to an in accordance with Section 40-22-1 of the Code of Alabama (1975), the following information is offered in lieu of submitting Form RT-1:

Grantor's Name and Address: Pegrum Creek, LLC; 188 Tanner Rd., New Market, AL 35761-9781
Grantee's Name and Address: HICO Utility Company, LLC; P.O. Box 156 Meridianville, AL 35759

Property Address: 0 Narrow Lane, New Market, AL 35761 (Parcel ID# 03-08-28-0-000-040.000)
Purchase Price: $1,000.00

THIS INSTRUMENT HAS BEEN PREPARED IN ACCORDANCE WITH INFORMATION SUPPLIED BY THE PARTIES HERETO. NO TITLE EXAMINATION AND/OR OPINION WAS REQUESTED BY EITHER GRANTOR OR GRANTEE, AND NONE WAS CONDUCTED AND/OR RENDERED.

Miscellaneous Book 2024 Page 4013
Madison County, Alabama
Frank Barger, PROBATE JUDGE
Recorded: 10/24/2024 2:36:34 PM
Tran: 780419
28.25

Sewer Service Agreement

**THIS SEWER SERVICE AGREEMENT** ("Agreement") is binding between HICO UTILITY COMPANY, LLC, an Alabama Limited Liability Company ("The Company") and PEGRUM CREEK, LLC, ("Owners") and placed into effect on May 4, 2022, ("Effective Date") and is concerning 105.51 acres of land identified as Madison County, Alabama Parcel ID 03-08-28-0-000-040.000. ("The Property"). It encompasses and is binding between The Company and/or any future owners of The Company, its assigns and successors and the Owners, and/or any future owners of The Property.

**WEREAS**, the Owners wish to develop the property for commercial and/or residential use

**WEREAS**, The Company owns, operates, and maintains the wastewater treatment plant together with the supporting collection lines (collectively the "Sewer System") and holds the National Pollution Discharge Elimination System (NPDES) permit required to treat domestic wastewater under Alabama Department of Environmental Management rules and regulations.

**NOW THEREFORE**, in consideration of the established premises, both parties do agree to the following:

I. The Owner shall grant sole rights to The Company for treatment of wastewater generating from The Property as a result of any and all residential and/or commercial development. The Owner does hereby guarantee that no on-site sewer treatment will be available inside the property boundary.

II. The Owner shall provide a perpetual easement on and through The Property to The Company for which mainline structures shall be placed. The Owner shall forfeit all rights to infrastructure inside said easements. All private sewer easements will be dedicated to The Company upon final platting of the developed Property.

III. The Owner or future developer of property shall be financially responsible for infrastructure to the point of connection with The Company mainline.

IV. The Owner does hereby agree to the terms and conditions for sewer service as required by The Company at the time of Property development and does so pledge to sign an agreement containing The Company's covenants for use by developers of Property, builders of Property and customers of Property.

This Agreement shall be binding upon all parties, their assigns, and successors in interest. This Agreement shall be construed as a covenant running with the land and shall be in effect unless the Sewer System shall have been transferred to and the maintenance thereof assumed by some governmental agency or public authority. In the event of such transfer, this Agreement will terminate.

Any violation of any provision within this Agreement shall constitute a material breach of this Agreement and the Company may pursue all remedies at law or in equity, including specific performance of this Agreement or the recovery of any losses associated with said breach. The Company shall be entitled to the recovery of any reasonable attorney's fees and costs associated with a breach of the Agreement.

_William E Taylor, authorized agent for PEGRUM CREEK, LLC_

_Emily Cook, Managing Partner, HICO Utility Company, LLC_

Miscellaneous Book 2024 Page 4014
Madison County, Alabama